UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFSHORE LIFTBOATS, LLC | CIVIL ACTION NO. 24-cv-1632 |
| VERSUS | SECTION " " |
| GULF OFFSHORE LOGISTICS, LLC | JUDGE |
| | MAGISTRATE |

**COMPLAINT FOR BREACH OF CONTRACT**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Offshore Liftboats, LLC, who respectfully submits the following for Breach of Contract and avers as follows:

I.

Plaintiff, Offshore Liftboats, LLC, ("OLB") is a Louisiana limited liability company with its principal place of business in Cut Off, Louisiana.

II.

Defendant, Gulf Offshore Logistics, LLC, ("GOL") is a Louisiana limited liability corporation with its principal place of business in Raceland, Louisiana.

**Jurisdiction and Venue**

III.

Jurisdiction is proper before this Honorable Court pursuant to 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. §1333.

IV.

Venue is proper pursuant to 28 U.S.C. §1391. Additionally, the Brokerage Charter Agreement stipulates that the contract shall be construed in accordance with the admiralty and

maritime laws of the United States and where maritime law does not apply, the laws of the State of Louisiana will govern.

**Factual Background**

V.

On or about March 25, 2016, Plaintiff, OLB, and Defendant, GOL, entered into a Brokerage Agreement wherein Defendant was to operate as a vessel broker for Plaintiff's vessels.

VI.

Under the terms of the Brokerage Agreement, GOL chartered OLB vessels to various charterers according to the brokerage agreement, including Cox Operating, LLC ("Cox").

VII.

Upon information and belief, a Master Time Charter between Cox Operating, LLC and REC Marine Logistics, LLC was assigned by REC Marine Logistics to GOL on or about May 1, 2016.

VIII.

Per the terms of the Master Time Charter, Cox was bound to pay GOL for any invoices within forty-five (45) days of receipt of the invoices.

IX.

OLB vessels, under the Brokerage Agreement, performed work arranged by the defendant, GOL, for charterer, Cox on several oil wells off the coast of Louisiana.

X.

Payment for the work performed by OLB's vessels under the Brokerage Agreement was due under the terms of the Brokerage Agreement within fifteen (15) days of receipt of payment from the charterer.

XI.

According to the terms of the Brokerage Agreement, Defendant, GOL, was obligated and required to "use reasonable efforts to obtain from the Charterer provisions for payment within a reasonable time." GOL also agreed under the agreement to "undertake all reasonable efforts to collect charter hire from the Charterer."

XII.

According to the Brokerage Agreement, Defendant was to remit net charter hire to the plaintiff within fifteen (15) days. Likewise, Plaintiff invoiced Defendant timely for the vessel services rendered and work performed by OLB.

XIII.

At no time has Defendant disputed any invoice or service provided by Plaintiff.

XIV.

However, GOL failed to collect substantial sums owed to OLB for the work it performed on Cox's oil wells. Specifically, GOL owed to OLB a total of $3,339,343.78 for work performed by OLB vessels.

XV.

Upon information and belief, GOL was aware that Cox was not paying their vendors and that a bankruptcy was imminent in mid-2022.

**Breach of the Brokerage Agreement**

XVI.

Permitting the unpaid balance of Cox to reach a level exceeding $3,300,000 was a clear violation of GOL's contractual obligation to OLB to use reasonable efforts to obtain provisions for payment within a reasonable time from Cox.

XVII.

On November 16, 2022, OLB wrote to GOL and demanded that they comply with their contractual obligations to collect outstanding invoices. GOL made no response and based upon information and belief, Defendant, GOL, undertook no efforts to obtain payment from Cox and likewise undertook no efforts to collect the outstanding charter hire from Cox. GOL's dereliction of this contractual obligation is a breach of the Brokerage Agreement.

XVIII.

Upon information and belief, although it took no effort to collect the outstanding money owed to OLB, GOL is believed to have collected substantial payments, totaling millions, on many other outstanding invoices from Cox, prior to the bankruptcy filing, including invoices for work performed by OLB vessels pursuant to the Brokerage Agreement between GOL and OLB.

XIX.

Due to GOL's failure to respond to OLB's November 16, 2022 demand and the failure of GOL to undertake its contractual obligations to use reasonable efforts to collection charter hire owed to OLB, OLB was forced to expend over $50,000 in legal fees and filing costs to file LOWLA liens on Cox's oil wells for the associated unpaid work.

XX.

Based upon information and belief, not only has GOL undertaken no efforts to procure timely payments from Cox or to collect charter hire owed to OLB, GOL eventually did receive millions of dollars in payments from Cox in the runup to the Cox bankruptcy and failed to remit any to OLB. More specifically, filings in the Cox bankruptcy provide that during the 90-day period prior to the bankruptcy, Cox paid to GOL a total of $7,329,596.19, which upon information and

belief paid $2,807,492.30 of OLB's outstanding invoices. However, GOL failed to remit any payment to OLB, which failure was a breach of contract by GOL.

### COX Bankruptcy and GOL Non-Payments

XXI.

On or about May 14, 2023, Cox Operating filed for bankruptcy in the United States Bankruptcy Court, Southern District of Texas (Case No. 23-90327).

XXII.

GOL filed a Proof of Claim in the Bankruptcy proceedings and within that Proof of Claim. is included, but not limited to, at least two (2) known invoices attributable to OLB vessels, specifically Invoice No. 41814 for L/B Vanessa in the amount of $157,320.00 and Invoice 41673 for L/B Janie in the amount of $374,531.48.

XXIII.

If no payments had been made to GOL by Cox for the outstanding OLB invoices, then GOL breached its contractual obligations to OLB by not filing a Proof of Claim in the Bankruptcy proceedings for all of the $3,339,343.78 in outstanding invoices owed to OLB for work performed on the Cox oil wells. As a result, OLB has incurred significant expenses in pursuing a claim in the Cox bankruptcy for the full amount of $3,339,343.78, which should have been done by GOL had GOL not been paid before the bankruptcy was filed.

XXIV.

Upon information and belief, GOL is believed to have collected substantial payments, totaling millions, after the bankruptcy filing as a "critical vendor," but has again failed to remit any portion of those funds to OLB. Upon information and belief, OLB asserts that some or all of

its invoices were paid in the critical vendor payments, but GOL breached its contract by not remitting those payments to OLB.

XXV.

WHEREFORE, Plaintiff, Offshore Liftboats, LLC prays that Defendant, Gulf Offshore Logistics, LLC be cited to appear and answer this Complaint; that it be served with a copy of the same; and that after due proceedings had, there be judgment in favor of Offshore Liftboats, LLC for all costs, expenses, and damages incurred due to Gulf Offshore Logistics, LLC's breach of contract, as well as the entire amount of the past due invoices, $3,339,343.78, together with legal interest thereon from forty-five days (45) following the dates of the invoices, together with reasonable attorney's fees and all costs of these proceedings; and for all general and equitable relief to which it is entitled.

| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
|---|---|
| I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below: | **STAINES, EPPLING & KENNEY**<br><br>    /s/Jason R. Kenney<br>JASON R. KENNEY (#29933) |
| [ ] U.S. Mail<br>[ ] Hand Delivery<br>[ ] Facsimile<br>[X] Electronic<br>[ ] Other | MICHAEL W. MALDONADO (#39266)<br>3500 N. Causeway Boulevard, Suite 820<br>Metairie, Louisiana 70002<br>Telephone:    (504) 838-0019<br>Facsimile:    (504) 838-0043<br>Email:    jason@seklaw.com |
| This 26th day of June, 2024.       /s/Jason R. Kenney | michael@seklaw.com<br><br>*Counsel for Plaintiff, Offshore Liftboats, LLC* |

PLEASE SERVE:

Gulf Offshore Logistics, LLC
Through its Registered Agent:
Todd P. Danos
4535 Highway 308
Raceland, LA  70394