UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| OFFSHORE LIFTBOATS, LLC | CIVIL ACTION |
|---|---|
| VERSUS | NO: 24-1632 |
| GOL, LLC | SECTION: T (5) |

### ORDER AND REASONS

Before the Court is Plaintiff's, Offshore Liftboats, LLC ("OLB"), Motion to Stay Discovery (R. Doc. 42). Defendant, GOL, LLC ("GOL") initially opposed the Motion, R. Doc. 46, but it has since withdrawn its opposition, R. Docs. 50, 51; accordingly, the Motion is deemed to be unopposed. The Court has reviewed the Motion, the applicable law,[1] and the withdrawal of opposition from GOL, and concludes that the Motion has merit.

Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED** and that the matter is STAYED and **ADMINISTRATIVELY CLOSED** pending the appeal in *Seacor Marine, LLC v. GOL, LLC*, No. 24-cv-2409, in the United States Fifth Circuit Court of Appeals. Upon final resolution of the

---

[1] District courts maintain "broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined." *Fujita v. United States*, 416 F. App'x 400, 402 (5th Cir. 2011) (quoting *Petrus v. Bowen*, 833 F.2d 581, 583 (5th Cir. 1987) (holding proper district court's deferral of discovery while deciding whether defendants were proper parties to action)). Specifically, under Federal Rule of Civil Procedure 26(c), "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c)(1).

appeal, either party may file a motion to lift the say and request a scheduling conference to reset unexpired deadlines in the Scheduling Order (R. Doc. 37).

New Orleans, Louisiana, this 15th day of January 2026.

                                                       GREG GERARD GUIDRY
                                                   UNITED STATES DISTRICT JUDGE